ALBANY,
Sept. 1833.

Anon.

## CONLEY *vs.* TURNER & WEAVER.

A clerk of this court, *absent from the county* where his office is situated, has no right to tax costs and sign judgments.

September 19. IN this case it was decided that a clerk of this court, *absent from the county* where his office is situated, has no authority to tax costs and sign judgments ; that the provision of the statute, 2 *R. S.* 198, § 15, empowering the *deputy* in such case to perform the duties appertaining to the office during such absence of the *principal*, deprives the principal of the right to perform them.

---

## ANON.

A declaration delivered to a sheriff to be served, must be served and returned within a *reasonable time;* if the sheriff neglects his duty, he may be ruled as in the case of a *capias.*

September 19. THE question submitted was, within what time must a sheriff serve and return a declaration delivered to him to be served, in a suit commenced by declaration.

*By the Court,* SUTHERLAND, J. The statute is silent as to the time within which the service is to be made ; of course the sheriff must have a reasonable time. The return may be enforced by rule and attachment, in the same manner as the return of a *capias. Laws of* 1833, *p.* 394. If the sheriff be ruled to return a declaration before he has had sufficient time to serve it, the party ruling him will of course be subjected to costs.